**Dismissed; Opinion Filed July 2, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00691-CR
No. 05-18-00692-CR
No. 05-18-00693-CR
No. 05-18-00694-CR
No. 05-18-00695-CR

**HARMON L. TAYLOR, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause Nos. 2018-2-0223, 2018-2-0224, 2018-2-0225, 2018-2-0226 & 2018-2-0227**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Evans

Harmon L. Taylor appeals the municipal court's judgments finding him guilty of operating a motor vehicle without license plates; expired registration–display expired license plates; no proof of financial responsibility/liability insurance; no driver's license; and failure to appear/bail jumping. After being found guilty of each violation by a jury in municipal court, appellant filed appeals in County Court at Law No. 2 where he then filed a "Plea to the Jurisdiction" and "Special Appearance" in each appeal. In orders dated June 6, 2018, the trial court denied each of his pleas and special appearances. Appellant then filed these appeals.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction or the entry of a narrow set of appealable interlocutory orders. TEX. R. APP. P.

26.2(a)(1); *see Leija v. State*, 456 S.W.3d 157, 158 (Tex. Crim. App. 2015); *Saliba v. State*, 45 S.W.3d 329, 329 (Tex. App.—Dallas 2001, no pet.). Intermediate appellate courts have no jurisdiction to review interlocutory orders absent express authority. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Wright*, 969 S.W.2d at 589. An order denying a plea to the jurisdiction or special appearance is not an appealable order in a criminal case. *See Wright*, 969 S.W.2d at 589; *Stevens v. State*, No. 03-15-00675-CR, 2016 WL 286328, \*1 (Tex. App.—Austin 2016, no pet.) (mem. op., not designated for publication). We do not find any grant of authority to review by interlocutory appeal the denial of a plea to the jurisdiction or special appearance in a criminal case.

We dismiss these appeals for want of jurisdiction.


/David Evans/
DAVID EVANS
JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)
180691F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARMON L. TAYLOR, Appellant

No. 05-18-00691-CR  V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2018-2-0223.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 2nd day of July, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

HARMON L. TAYLOR, Appellant

No. 05-18-00692-CR      V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2018-2-0224.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 2nd day of July, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

HARMON L. TAYLOR, Appellant

No. 05-18-00693-CR     V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2018-2-0225.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 2nd day of July, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

HARMON L. TAYLOR, Appellant

No. 05-18-00694-CR     V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2018-2-0226.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

    Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 2nd day of July, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

HARMON L. TAYLOR, Appellant

No. 05-18-00695-CR     V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Grayson County, Texas
Trial Court Cause No. 2018-2-0227.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 2nd day of July, 2018.